PEOPLE v. GATES

Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 September 1, 1970, at Grand Rapids. (Docket No. 9,501.) Decided October 6, 1970.

Dale E. Gates and Jerome Clark were convicted, on their pleas of guilty, of assault with intent to commit robbery armed. Defendants appeal. Motion to affirm granted.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Jack J. Kraizman,* for defendants on appeal.

Before: FITZGERALD, P. J., and HOLBROOK and T. M. BURNS, JJ.

PER CURIAM. Defendants pled guilty to the crime of assault with intent to commit robbery armed,[1] after first being charged with the crime of robbery armed.[2] The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

---

[1] MCLA § 750.89 (Stat Ann 1962 Rev § 28.284).
[2] MCLA § 750.529 (Stat Ann 1970 Cum Supp § 28.797).

A review of the briefs and records in this cause makes it manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.